(February 11, 1985)

■ JACQUELINE AUSTIN et al., Appellants, v YONKERS PROFES-SIONAL HOSPITAL et al., Respondents. — Order of the Supreme Court, Westchester County, dated July 11, 1983, affirmed, insofar as appealed from, with costs, for reasons stated by Justice Wood at Special Term. Thompson, J. P., Bracken, Brown and Rubin, JJ., concur.